# EXHIBIT A

# Gerard Rickhoff

COUNTY CLERK    BEXAR COUNTY

Doc# 20150501305

RECORDER'S MEMORANDUM
AT THE TIME OF RECORDATION, THIS INSTRUMENT WAS FOUND TO BE INADEQUATE FOR THE BEST PHOTOGRAPHIC REPRODUCTION BECAUSE OF ILLEGIBILITY, CARBON OR PHOTO COPY, DISCOLORED PAPER, ETC.

## ASSUMED NAME CERTIFICATE

FOR INCORPORATED BUSINESS OR PROFESSION, LIMITED PARTNERSHIP, REGISTERED LIMITED LIABILITY PARTNERSHIP, OR LIMITED LIABILITY COMPANY

PURSUANT TO THE PROVISIONS OF CHAPTER 71, BUSINESS AND COMMERCE CODE OF THE STATE OF TEXAS, THE UNDERSIGNED CERTIFIES THE FOLLOWING:

1. THE NAME OF THE CORPORATION, LIMITED PARTNERSHIP, REGISTERED LIMITED LIABILITY PARTNERSHIP, OR LIMITED LIABILITY COMPANY AS STATED IN ITS ARTICLES OF INCORPORATION, ARTICLES OF ORGANIZATION, CERTIFICATE OF LIMITED PARTNERSHIP, APPLICATION, OR COMPARABLE DOCUMENT IS: **Cochlear Clinical Services LLC**

2. THE ASSUMED NAME UNDER WHICH THE BUSINESS OR PROFESSIONAL SERVICE IS OR IS TO BE CONDUCTED OR RENDERED IS: **Cochlear Hearing Center**

3. THE STATE, COUNTY, OR OTHER JURISDICTION UNDER THE LAWS OF WHICH IT WAS INCORPORATED, ORGANIZED, OR ASSOCIATED IS **Colorado, Arapahoe County** AND THE ADDRESS OF ITS REGISTERED OR SIMILAR OFFICE IN THAT JURISDICTION IS: **13059 E. Peakview Avenue, Centennial CO 80111**

4. THE PERIOD, NOT TO EXCEED 10 YEARS, DURING WHICH THE ASSUMED NAME WILL BE USED IS: **10 Years**

5. THE ENTITY IS (please check one):

    A. ☐ Business Corporation    B. ☐ Non-Profit Corporation    C. ☐ Professional Corporation
    D. ☐ Professional Association    E. ☐ Limited Partnership    F. ☒ Limited Liability Company
    G. ☐ Registered Limited Liability Partnership or some other type of incorporated business, Professional or other Association (specify): _____

6. IF THE ENTITY IS REQUIRED TO MAINTAIN A REGISTERED OFFICE IN TEXAS, THE ADDRESS OF THE REGISTERED OFFICE IS: **1999 Bryan Street Suite 900 Dallas TX 75201-3136** AND THE NAME OF THE REGISTERED AGENT AT SUCH ADDRESS IS: **CT Corporation System**. THE ADDRESS OF THE PRINCIPAL OFFICE (IF NOT THE SAME AS THE REGISTERED OFFICE) IS: **13059 E. Peakview Avenue, Centennial CO 80111**

7. IF THE ENTITY IS NOT REQUIRED OR DOES NOT MAINTAIN A REGISTERED OFFICE IN TEXAS, THE OFFICE ADDRESS IN TEXAS IS: _____ AND IF THE ENTITY IS NOT INCORPORATED, ORGANIZED OR ASSOCIATED UNDER THE LAWS OF TEXAS, THE ADDRESS OR ITS PLACE OF BUSINESS IN TEXAS IS _____ AND THE OFFICE ADDRESS ELSEWHERE IS _____

8. THE COUNTY OR COUNTIES WHERE BUSINESS OR PROFESSIONAL SERVICES ARE BEING OR ARE TO BE CONDUCTED OR RENDERED UNDER SUCH ASSUMED NAME ARE (IF APPLICABLE, USE THE DESIGNATION "ALL" OR "ALL EXCEPT"): **Bexar County**

IN TESTIMONY WHEREOF, **William Case**, HAVE HEREUNTO SET **his** HAND(S) THIS THE **21st** DAY OF **July**, A.D., 20**15**.

_signature_
SIGNATURE OF OFFICER, GENERAL PARTNER MANAGER, MEMBER, REPRESENTATIVE, OR ATTORNEY-IN-FACT OF ENTITY

NOTE: A CERTIFICATE EXECUTED AND ACKNOWLEDGED BY AN ATTORNEY-IN-FACT SHALL INCLUDE A STATEMENT THAT THE ATTORNEY-IN-FACT HAS BEEN DULY AUTHORIZED IN WRITING BY HIS PRINCIPAL TO EXECUTE AND ACKNOWLEDGE THE SAME.

STATE OF ~~TEXAS~~ Colorado §

COUNTY OF ~~BEXAR~~ Arapahoe §

CORPORATE ACKNOWLEDGEMENT

This instrument was acknowledged before me on the 21st day of July, A.D., 2015 by William Case

(Name of Officer / Partner / Attorney-in-Fact), _____ (Title)

Given under my hand and seal of office this 21st day of July, A.D., 2015.

GERARD RICKHOFF
COUNTY CLERK, BEXAR COUNTY TEXAS

BY: _____ DEPUTY

OR: Mary E. Powell
NOTARY PUBLIC, STATE OF ~~TEXAS~~ Colorado

MARY E. POWELL
NOTARY PUBLIC
STATE OF COLORADO
MY COMMISSION EXPIRES 6/12/19

Notary ID# 19914008255

---

Gerard Rickhoff
COUNTY CLERK | BEXAR COUNTY

MAILING ADDRESS:
BEXAR COUNTY COURTHOUSE
100 DOLOROSA, STE 104
SAN ANTONIO, TEXAS 78205

LOCATION ADDRESS:
PAUL ELIZONDO TOWER
101 W. NUEVA, STE. 120
SAN ANTONIO, TEXAS 78205

Doc# 20150501305

No. _____

NAME OF BUSINESS

CERTIFICATE OF ASSUMED NAME

Doc# 20150501305 Fees: $21.00
08/10/2015 2:02PM # Pages 2
Filed & Recorded in the Official
Public Records of BEXAR COUNTY
GERARD C. RICKHOFF COUNTY CLERK